UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMAL HASSAN,

Plaintiff,

v. Case No: 6:26-cv-913-JSS-CAB

SECRETARY, DEPARTMENT OF HOMELAND SECURITY and DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.
_________________________________/

**ORDER**

Invoking Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff has filed a notice of voluntary dismissal. (Dkt. 27.) This rule permits a plaintiff to "dismiss an action . . . by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review of the docket, Defendants have not served an answer or a motion for summary judgment. *See PTA-FLA, Inc. v. ZTE USA, Inc.*, 844 F.3d 1299, 1307 (11th Cir. 2016) ("According to the plain text of Rule 41(a)(1)(A)(i), only the filing of an answer or a motion for summary judgment terminates a plaintiff's ability to voluntarily dismiss its claims without a court order.").

Accordingly:

1. This case is **DISMISSED without prejudice** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. The Clerk is **DIRECTED** to enter judgment accordingly, to terminate any pending motions and deadlines, and to close the case.

**ORDERED** in Orlando, Florida, on October 22, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record